An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCENT MARK SANTANA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66420

**FILED**

SEP 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 29, 2014.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Douglas                                  Cherry

_____

[1] It appears that the petition was filed in 2009, but that the petition has not yet been resolved. We are confident that the district court will resolve the petition as expeditiously as its calendar permits.

14-31795

cc: Hon. Michelle Leavitt, District Judge
Vincent Mark Santana
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk